UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CHRISTIAN ALBERTO ESPINOZA SOLANO,
Petitioner,

v.

JEREMY CASEY, Facility Administrator, Imperial Regional Detention Facility, et al.,
Respondents.

Case No.: 26cv4413-LL-JLB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

[ECF No. 1]

Before the Court is Petitioner Christian Alberto Espinoza Solano's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, alleging that he is wrongfully detained under 8 U.S.C. § 1225(b)(2). ECF No. 1 ("Pet.").

The government filed a Response acknowledging that Mr. Espinoza Solano's detention is subject to 8 U.S.C. § 1226(a) and stating that it does not oppose the grant of a bond hearing under § 1226(a). ECF No. 4 at 2; *see also Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424, --- F.4th --- (9th Cir. July 30, 2026).

/ / /

/ / /

/ / /

Accordingly, the Court **ORDERS** as follows:

1. Mr. Espinoza Solano's Petition for Writ of Habeas Corpus is **GRANTED**.[1]

2. **<u>Within 48 hours of this Order</u>**, the government **SHALL** either immediately release Mr. Espinoza Solano or issue a warrant pursuant to 8 U.S.C. § 1226(a) to continue Mr. Espinoza Solano's detention.

3. If a warrant is issued, the government **SHALL** provide Mr. Espinoza Solano with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within **<u>ten days</u>** of the date of this order, unless Mr. Espinoza Solano requests a continuance.[2]

   a. The immigration judge **SHALL** consider alternative conditions of release and Mr. Espinoza Solano's ability to pay bond if he or she determines bond is appropriate. *See Hernandez v. Sessions*, 872 F.3d 976, 990–92 (9th Cir. 2017).

   b. If requested by Mr. Espinoza Solano, the government **SHALL** assist him in obtaining the audio recording of the bond hearing. *Martinez v. Clark*, 124 F.4th 775, 786 (9th Cir. 2024) (citing *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011)).

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Mr. Espinoza Solano requests attorney's fees and costs pursuant to the Equal Access to Justice Act [Pet. at 10], which the Court DENIES WITHOUT PREJUDICE**.**

[2] In a bond hearing under 8 U.S.C. § 1226(a), the burden is on the detainee to demonstrate by a preponderance of the evidence that he is not a flight risk or danger to the community. *Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1197 (9th Cir. 2022) (citation omitted).

4. The Clerk of Court shall enter judgment in Mr. Espinoza Solano's favor and close this case.

**IT IS SO ORDERED**.

Dated: August 25, 2026

Honorable Linda Lopez
United States District Judge