# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Christian Alberto Espinoza Solano

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-4413-LL-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Mr. Espinoza Solano's Petition for Writ of Habeas Corpus is GRANTED. Mr. Espinoza Solano requests attorney's fees and costs pursuant to the Equal Access to Justice Act, which the Court DENIES WITHOUT PREJUDICE. This case is hereby closed.

**Date:** 9/8/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4413-LL-JLB

Respondents:

Jeremy Casey,
Facility Administrator, Imperial Regional Detention Facility;

David Venturella,
Acting Director, U.S. Immigration and Customs Enforcement;

Gregory J. Archambeault,
Acting Field Office Director, ICE San Diego Field Office;

Markwayne Mullin,
Secretary, U.S. Department of Homeland Security;

Todd Blanche,
Acting Attorney General of the United States